1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10   JOHN P. MCGRAW,

11                          Plaintiff,

12          v.

13   CAROLYN W. COLVIN, Acting
     Commissioner of the Social Security
14   Administration,

15                          Defendant.

CASE NO. 14-cv-05921 JRC

ORDER ON UNOPPOSED MOTION
FOR EQUAL ACCESS TO JUSTICE
ACT FEES AND EXPENSES

16

17          This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local

18   Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge

19   and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6).

20   This matter is before the Court on plaintiff's Motion for Attorney's Fees and Expenses Pursuant

21   to 28 U.S.C. § 2412 (*see* Dkt. 28).  Defendant has no objection to this motion (*see* Dkt. 29).

22          Based on the Equal Access to Justice Act, 28 U.S.C. § 2412, ("EAJA"), plaintiff's motion

23   (*see* Dkt. 28), the attorney declaration and time and expense itemizations (Dkt. 28, Attachments

24   2, 3), and the relevant record, it is hereby ORDERED that EAJA attorney's fees of $7,555.25

1   and expenses in the amount of $28.39, shall be awarded to plaintiff pursuant to the EAJA and

2   consistent with *Astrue v. Ratliff*, 130 S.Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7

3   (2010).

4          The Acting Commissioner shall contact the Department of Treasury after the Order for

5   EAJA fees and expenses is entered to determine if the EAJA fees and expenses are subject to any

6   offset.  If it is determined that plaintiff's EAJA fees and expenses are not subject to any offset

7   allowed pursuant to the Department of the Treasury's Offset Program, then the EAJA fees and

8   expenses shall be paid directly to Eitan Kassel Yanich, Esq. either by direct deposit or by check

9   payable to him, based on plaintiff's assignment of these amounts to plaintiff's attorney (*see*

10  Plaintiff's Declaration Regarding Net Worth and Payment of EAJA Fees, Dkt. 27).  If there is an

11  offset, the remainder shall be made payable to plaintiff, based on the practice of the Department

12  of the Treasury (*see*, *e.g.,* Case No. 2:15-cv-122, Dkt. 22, p. 4). Any check for EAJA fees and

13  expenses shall be mailed to plaintiff's counsel, Eitan Kassel Yanich, Esq., at the Law Office of

14  Eitan Kassel Yanich, PLLC, 203 Fourth Avenue E., Suite 321, Olympia, WA 98501.

15         Dated this 19th day of February, 2016.

16

17                                              _____
                                                J. Richard Creatura
18                                              United States Magistrate Judge

19

20

21

22

23

24

ORDER ON UNOPPOSED MOTION FOR EQUAL
ACCESS TO JUSTICE ACT FEES AND
EXPENSES - 2